Argued September 24, affirmed September 24, 1971

## STATE OF OREGON, *Respondent, v.*
## BOBBY JOE COX, *Appellant.*

488 P2d 843

*Raymond R. Bagley, Jr.,* Oregon City, argued the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.